O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLIE JO FLORES, | ) | Case No. EDCV 10-01205-OP |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

    Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner, and dismissing this action with prejudice.

DATED: April 6, 2011

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge